United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Marilyn S. Scheer – #132544

／

No. C 13-80127 WHA

**ORDER DENYING MOTION FOR RECONSIDERATION**

A prior order suspended Marilyn S. Scheer's membership in the bar of this Court due to her involuntary inactive enrollment status in the State Bar of California. Ms. Scheer now moves for reconsideration of that order.

Ms. Scheer's motion for reconsideration violates Local Rule 7-9(a) because Ms. Scheer has failed to first obtain leave of the court to file the motion. Ms. Scheer's motion for reconsideration also violates Local Rule 7-9(c) because in large part it simply repeats arguments made by Ms. Scheer in her original response to the order to show cause. Although Local Rule 7-9(c) provides that "[a]ny party who violates this restriction shall be subject to appropriate sanctions" — this order declines to impose sanctions on Ms. Scheer at this time. She is admonished, however, to read and adhere to the Local Rules in all future filings with the Court.

Even if Ms. Scheer's improper motion were received, it would fail. Ms. Scheer fails to establish that reconsideration is warranted under Local Rule 7-9(b). Ms. Scheer does not adduce any new facts or law that were unknown to her at the time she filed her show cause response.

1   Nor does Ms. Scheer show a manifest failure to consider material facts or dispositive legal arguments that were presented to the Court with her show cause response.

The motion for reconsideration is **DENIED**.

**IT IS SO ORDERED.**

Dated: September 25, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE